United States District Court
Southern District of Texas
**ENTERED**
December 19, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRUCO LIFE INSURANCE COMPANY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION 4:17−CV−02795 |
| | § | |
| BLANCA MONICA VILLARREAL, | § | JURY |
| | § | |
| Defendant. | § | Honorable Lee H. Rosenthal |

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION 4:17−CV−02796 |
| v. | § | |
| | § | JURY |
| BLANCA MONICA VILLARREAL, | § | |
| | § | |
| Defendant. | § | Honorable Nancy F. Atlas |

**ORDER ON PRUCO LIFE INSURANCE COMPANY AND
TRANSAMERICA LIFE INSURANCE COMPANY'S
FOURTH UNOPPOSED MOTION FOR LETTERS OF REQUEST**

The Court has considered Plaintiffs Pruco Life Insurance Company and Transamerica

Life Insurance Company's fourth unopposed motion for letters of request,[1] any response by

Defendant Blanca Monica Villarreal, any replies and sur-replies, the argument of counsel, if any,

the pleadings, the record, applicable law, and all other evidence and matters properly before it.

The Motion is GRANTED, and it is hereby ORDERED as follows:

Two signed copies of letters of request attached as Exhibit A to the motion, containing

the seal of the Court and seeking documents from all of the third parties identified in the requests

---

[1] The above referenced cases have been coordinated for purposes of discovery.

shall be entered on the Court's electronic docket and sent to the Central Authority of Mexico, along with the attachments referenced in the Letters of Request.  Upon receipt of the requested evidence and executed copies of the letters of request from the Central Authority of Mexico, said evidence and copies shall be made available to the parties by entering same on the Court's electronic docket or in any other manner that the Court deems appropriate.

Documents, evidence, responses, and any other discovery obtained in connection with the aforementioned Letters of Request may be used in both of the above-referenced lawsuits as though produced in each specific case.

Signed on _____December 19, 2018_____, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge